

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Apr 15 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

April 15, 2020

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**USDC Case No. CV-20-2602-HSG**

Re:   Transmittal of Notice of Appeal to District Court: **Pacific Gas & Electric Company and PG& E Corporation; Bankruptcy Case No. 19-30088-DM, Judge Dennis Montali; Adversary Proc. No. 19-3049-DM, Winding Creek Solar LLC et al. vs. Pacific Gas and Electric Company and PG&E Corporation**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X   Notice of Appeal and Statement of Election- by plaintiff Winding Creek Solar LLC et al
X   Court Certificate of Mailing
X   Docket Report
X   Order Resolving the Utility's Motion to Dismiss
X   Filing Fee Paid

If you have any questions, please contact me *at* **(415) 268-2373**.

Sincerely,

Edward J. Emmons
Clerk of Court

By: *Da'Wana Chambers*
    **Deputy Clerk**