CAIRNCROSS & HEMPELMANN
JOHN RIZZARDI (*pro hac vice*)
CHRISTOPHER L. YOUNG (*pro hac vice*)
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 254-4444
Facsimile: (206) 587-2308
JRizzardi@cairncross.com
CYoung@cairncross.com

THOMAS MELONE (*pro hac vice*)
ALLCO RENEWABLE ENERGY LIMITED
1740 Broadway, 15th Floor
New York, NY 10019
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com

HOGE FENTON
SBLEND A. SBLENDORIO (109903)
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588
Telephone: (925) 224-7780
Sblend.Sblendorio@hogefenton.com

*Attorneys for Appellants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDING CREEK SOLAR LLC, FOOTHILL SOLAR LLC, HOLLISTER SOLAR LLC, KETTLEMAN SOLAR LLC, VINTNER SOLAR LLC, BEAR CREEK SOLAR LLC, and ALLCO RENEWABLE ENERGY LIMITED,<br><br>Appellants,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Appellee. | **Case No. 20-cv-02602-HSG**<br><br>**Bankr. Adv. Pro. No. 19-03049 (DM)**<br><br>**Lead Bankr. Case No. 19-30088 (DM)**<br><br>**ORDER GRANTING APPELLANTS' MOTION TO EXTEND DEADLINE TO FILE OPENING BRIEF** |

The Court, having considered the Appellants' Motion to Extend Deadline to File Opening Brief (the "Motion") and any opposition to the Motion, now, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Appellants shall file and serve their opening brief no later than July 15, 2020.

Dated: 6/4/2020

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge