| | |
|---|---|
| CAIRNCROSS & HEMPELMANN<br>JOHN RIZZARDI (*pro hac vice*)<br>CHRISTOPHER L. YOUNG (*pro hac vice*)<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Telephone: (206) 254-4444<br>Facsimile: (206) 587-2308<br>JRizzardi@cairncross.com<br>CYoung@cairncross.com | THOMAS MELONE (*pro hac vice*)<br>ALLCO RENEWABLE ENERGY LIMITED<br>1740 Broadway, 15th Floor<br>New York, NY 10019<br>Telephone: (212) 681-1120<br>Facsimile: (801) 858-8818<br>Thomas.Melone@AllcoUS.com |

HOGE FENTON
SBLEND A. SBLENDORIO (109903)
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588
Telephone: (925) 224-7780
Sblend.Sblendorio@hogefenton.com

*Attorneys for Appellants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDING CREEK SOLAR LLC, FOOTHILL SOLAR LLC, HOLLISTER SOLAR LLC, KETTLEMAN SOLAR LLC, VINTNER SOLAR LLC, BEAR CREEK SOLAR LLC, and ALLCO RENEWABLE ENERGY LIMITED,<br><br>    Appellants,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Appellee. | **Case No. 20-cv-02602-HSG**<br><br>**Bankr. Adv. Pro. No. 19-03049 (DM)**<br><br>**Lead Bankr. Case No. 19-30088 (DM)**<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE APPELLANTS' REPLY BRIEF** |

The Court, having considered the Stipulated Motion to Extend Deadline to File Reply Brief (the "Motion"), now, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Appellants shall file and serve their reply brief no later than September 4, 2020.

1   DATED this 24th day of August, 2020.

2
　　　　　　　　　　　　　　　　　_____
3　　　　　　　　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

26